**DISMISS and Opinion Filed August 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00517-CV

**ROBERT B MCCOY JR., Appellant**
**V.**
**STRATEGIC DEALER SERVICES, L.P., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-10735**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated July 24, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor has he corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190517F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ROBERT B MCCOY JR., Appellant

No. 05-19-00517-CV          V.

STRATEGIC DEALER SERVICES, L.P., Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-18-10735.
Opinion delivered by Chief Justice Burns, Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Strategic Dealer Services, L.P. recover its costs, if any, of this appeal from appellant Robert B Mccoy Jr..

Judgment entered August 22, 2019